# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SAMUEL W.B. MILLINGHAUSEN, III, | : No. 619 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| KAREN M. DRAKE, JOY A. CAPKA, | : |
| MARYANN DIRENZO, ROBERT L. | : |
| HYSLOP, JR., THERESA M. HYSLOP, | : |
| JOHN DOES 1-4, AND XYZ CORP., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of January, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues are:

   (1)   Did [the] Superior Court err when it failed to review the trial court's denial of a motion to compel arbitration for an abuse of discretion or error of law and to determine whether the trial court's findings were supported by substantial evidence, and applied its own judgment to reverse the decision?

   (2)   Was it error for [the] Superior Court to recast [petitioner]'s complaint for defamation as a claim for breach of contract contrary to this Court's holdings in Steiner v. Markel, 600 Pa. 515, 522, 968 A.2d 1253, 1257 (2009)[,] and Bricklayers of W. Pa. Combined Funds, Inc. v. Scott's Development Co., [90 A.3d 682 (Pa. 2014)]?